IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSCAR OLGUIN-GARCIA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.J. MATRANGOS CONSTRUCTION, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:12-cv-02453-WSD |

## ORDER

THIS MATTER having come before the Court on the joint motion of the parties [Doc. 24] for entry of a stipulated judgment approving the parties' Settlement Agreement attached thereto (the "Agreement"), and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**, and the terms of the Settlement Agreement are hereby incorporated into this Order as the stipulated **JUDGMENT** in this case. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-54 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness."). Each party shall bear their own fees and costs as set forth in the Agreement. The Clerk

is hereby directed to enter this Order as the stipulated Judgment in this action and terminate this case accordingly.

SO ORDERED this 3rd day of May, 2013.

_____
Hon. William S. Duffey, Jr.
United States District Judge

CONSENTED TO this 2nd day of May, 2013.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| /s/ C. Andrew Head | /s/ Christopher P. Butler |
| Georgia Bar No. 341472 | Christopher P. Butler |
| Attorneys for Plaintiff | Georgia Bar No. 099522 |
| Fried & Bonder, LLC | Heath H. Edwards |
| White Provision, Ste. 305 | Georgia Bar No. 258068 |
| 1170 Howell Mill Rd, NW | Attorneys for Defendant |
| Atlanta, Georgia 30318 | Ford & Harrison LLP |
| (404) 995-8808 | 271 17th Street, NW |
| (404) 995-8899(facsimile) | Suite 1900 |
| Email: ahead@friedbonder.com | Atlanta, Georgia 30363 |
| | Phone: (404) 888-3800 |
| | Facsimile: (404) 888-3863 |
| | Email: cbutler@fordharrison.com; hedwards@fordharrison.com |